UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alpha Capital Anstalt,<br><br>                Plaintiff,<br><br>    v.<br><br>Advanced Cell Technology, Inc.,<br><br>                Defendant. | 11 Civ. 6458 (PAC) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Daniel L. Brown of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Advanced Cell Technology, Inc.

Daniel L. Brown hereby certifies that he is admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
       September 30, 2011

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Daniel L. Brown
     Daniel L. Brown, Esq.

30 Rockefeller Plaza
New York, New York  10112
Tel.:  (212) 653-8700
Fax:  (212) 653-8701

*Attorneys for Defendant*