UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alpha Capital Anstalt,<br><br>           Plaintiff,<br><br>     v.<br><br>Advanced Cell Technology, Inc.,<br><br>           Defendant. | 11 Civ. 6458 (PAC) |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant, Advanced Cell Technology, Inc., by its undersigned counsel, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Advanced Cell Technology, Inc. is a public company, trading under the symbol "ACTC.OB" on the Over-the-Counter Bulletin Board; (2) Advanced Cell Technology, Inc. does not have a parent corporation; (3) there is not a publicly held corporation owning 10% or more of Advanced Cell Technology, Inc.'s stock.

DATED:   New York, New York
         September 30, 2011

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By:  /s/ Daniel L. Brown
                                   Daniel L. Brown

                                   Sheppard, Mullin, Richter & Hampton LLP
                                   30 Rockefeller Plaza
                                   New York, NY 10112
                                   (212) 653-8700

                                   *Attorney for Defendant Advanced Cell Technology, Inc.*