10-Q 1 v225979_10q.htm 10-Q

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON D.C. 20549

FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

FOR THE QUARTERLY PERIOD ENDED JUNE 30, 2011

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

FOR THE TRANSITION PERIOD FROM       TO       .

COMMISSION FILE NUMBER: 0-50295

ADVANCED CELL TECHNOLOGY, INC.
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

| DELAWARE | 87-0656515 |
|---|---|
| (STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION) | (I.R.S. EMPLOYER IDENTIFICATION NO.) |

33 LOCKE DRIVE, MARLBOROUGH, MASSACHUSETTS 01752
(ADDRESS, INCLUDING ZIP CODE, OF PRINCIPAL EXECUTIVE OFFICES)

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (508) 756-1212

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☐ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐      Accelerated filer ☒      Non-accelerated filer ☐      Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐  No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

EXHIBIT A

| Class: | Outstanding at July 29, 2011: |
|---|---|
| Common Stock, $0.001 par value per share | 1,590,808,502 shares |

**Item 1. Financial Statements**

ADVANCED CELL TECHNOLOGY, INC. AND SUBSIDIARY
CONSOLIDATED BALANCE SHEETS
AS OF JUNE 30, 2011 AND DECEMBER 31, 2010

|  | June 30, 2011 | December 31, 2010 |
|---|---:|---:|
|  | (unaudited) |  |
| **ASSETS** |  |  |
| **CURRENT ASSETS:** |  |  |
| Cash and cash equivalents | $ 16,114,324 | $ 15,889,409 |
| Deferred royalty fees, current portion | 77,017 | 91,598 |
| Prepaid expenses | 344,497 | - |
| Total current assets | 16,535,838 | 15,981,007 |
| Property and equipment, net | 183,538 | 185,102 |
| Deferred royalty fees, less current portion | 263,870 | 295,089 |
| Deposits | 14,766 | 14,766 |
| Deferred issuance costs | 1,782,648 | 2,578,188 |
| **TOTAL ASSETS** | $ 18,780,660 | $ 19,054,152 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** |  |  |
| **CURRENT LIABILITIES:** |  |  |
| Accounts payable | $ 1,925,861 | $ 1,982,743 |
| Accrued expenses | 1,610,230 | 4,971,304 |
| Accrued settlement | - | 3,205,856 |
| Deferred revenue, current portion | 310,412 | 506,418 |
| 2009 Convertible promissory notes, current portion, net of discounts of $0 and $19,229, respectively | - | 132,680 |
| Embedded conversion option liabilities, current portion | - | 537,249 |
| Deferred joint venture obligations, current portion | 1,853 | 6,870 |
| Total current liabilities | 3,848,356 | 11,343,120 |
| Convertible promissory notes, less current portion, net of discounts of $222,095 and $285,005, respectively | 65,690 | 2,780 |
| Embedded conversion option liabilities, less current portion | 598,229 | 482,686 |
| Warrant and option derivative liabilities | 16,931,286 | 27,307,218 |
| Deferred revenue, less current portion | 2,187,627 | 2,298,997 |
| Total liabilities | 23,631,188 | 41,434,801 |
| Series A-1 redeemable preferred stock, $0.001 par value; 50,000,000 shares authorized, 113 and 113 shares issued and outstanding; aggregate liquidation value, net of discounts: $1,408,958 and $1,349,657, respectively | 1,348,642 | 1,272,441 |
| Commitments and contingencies |  |  |
| **STOCKHOLDERS' DEFICIT:** |  |  |
| Preferred stock, Series B; $0.001 par value; 50,000,000 shares authorized, 1,000 shares issued and outstanding | 1 | 1 |
| Preferred stock, Series C; $0.001 par value; 50,000,000 shares authorized, 800 and 400 shares issued and outstanding at June 30, 2011 and December 31, 2010, respectively | 1 | - |
| Common stock, $0.001 par value; 1,750,000,000 shares authorized, 1,588,670,748 and 1,439,826,362 shares issued and outstanding at June 30, 2011 and December 31, 2010, respectively | 1,588,671 | 1,439,826 |
| Additional paid-in capital | 200,370,360 | 166,033,976 |

| | | |
|---|---:|---:|
| Promissory notes receivable and accrued interest, net of discount of $4,282,786 and $3,322,630, respectively | (18,978,857) | (10,177,370) |
| Accumulated deficit | (189,179,346) | (180,949,523) |
| Total stockholders' deficit | (6,199,170) | (23,653,090) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ 18,780,660 | $ 19,054,152 |

The accompanying notes are an integral part of these consolidated financial statements.

3