United States District Court
Southern District of New York
---------------------------------------------------------------x
Alpha Capital Anstalt,

                              Plaintiffs,

    vs.

Advanced Cell Technology, Inc.

                              Defendant.
---------------------------------------------------------------x

Plaintiff Alpha Capital Anstalt's First Set of<br>
<u>Interrogatories to Defendant Advanced Cell Technology, Inc.</u>

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Alpha Capital Anstalt ("Alpha Capital"), by and through its undersigned counsel, respectfully request that Defendant Advanced Cell Technology, Inc. ("ACTI") answer fully, in writing and under oath, each of the following interrogatory, within thirty (30) days from the date of service hereof or as sooner ordered by the Court.

1. List each sale or issuance of ACTI securities, including stock issued upon any conversion or exercise of any convertible securities or warrants, since November 12, 2009, and the price at which such securites were sold or issued and the price at which they can be converted or exercised.

Dated: New York, New York
       September 14, 2011

                                      Yours, etc.
                                      Law Offices of Kenneth A. Zitter

                                      By:_____
                                          Kenneth A. Zitter, Esq.
                                          Attorneys for Plaintiff,
                                            Alpha Capital Anstalt
                                        260 Madison Avenue, 18th Floor
                                        New York, New York 10016
                                        (212) 532-8000

EXHIBIT D