## ADVANCED CELL TECHNOLOGY, INC. AND SUBSIDIARY
## CONSOLIDATED BALANCE SHEETS
## AS OF JUNE 30, 2011 AND DECEMBER 31, 2010

|  | June 30, 2011 | December 31, 2010 |
|---|---:|---:|
|  | (unaudited) |  |
| **ASSETS** |  |  |
| **CURRENT ASSETS:** |  |  |
| Cash and cash equivalents | $ 16,114,324 | $ 15,889,409 |
| Deferred royalty fees, current portion | 77,017 | 91,598 |
| Prepaid expenses | 344,497 | - |
| Total current assets | 16,535,838 | 15,981,007 |
| Property and equipment, net | 183,538 | 185,102 |
| Deferred royalty fees, less current portion | 263,870 | 295,089 |
| Deposits | 14,766 | 14,766 |
| Deferred issuance costs | 1,782,648 | 2,578,188 |
| **TOTAL ASSETS** | $ 18,780,660 | $ 19,054,152 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** |  |  |
| **CURRENT LIABILITIES:** |  |  |
| Accounts payable | $ 1,925,861 | $ 1,982,743 |
| Accrued expenses | 1,610,230 | 4,971,304 |
| Accrued settlement | - | 3,205,856 |
| Deferred revenue, current portion | 310,412 | 506,418 |
| 2009 Convertible promissory notes, current portion, net of discounts of $0 and $19,229, respectively | - | 132,680 |
| Embedded conversion option liabilities, current portion | - | 537,249 |
| Deferred joint venture obligations, current portion | 1,853 | 6,870 |
| Total current liabilities | 3,848,356 | 11,343,120 |
| Convertible promissory notes, less current portion, net of discounts of $222,095 and $285,005, respectively | 65,690 | 2,780 |
| Embedded conversion option liabilities, less current portion | 598,229 | 482,686 |
| Warrant and option derivative liabilities | 16,931,286 | 27,307,218 |
| Deferred revenue, less current portion | 2,187,627 | 2,298,997 |
| Total liabilities | 23,631,188 | 41,434,801 |
| Series A-1 redeemable preferred stock, $0.001 par value; 50,000,000 shares authorized, 113 and 113 shares issued and outstanding; aggregate liquidation value, net of discounts: $1,408,958 and $1,349,657, respectively | 1,348,642 | 1,272,441 |
| Commitments and contingencies |  |  |
| **STOCKHOLDERS' DEFICIT:** |  |  |
| Preferred stock, Series B; $0.001 par value; 50,000,000 shares authorized, 1,000 shares issued and outstanding | 1 | 1 |
| Preferred stock, Series C; $0.001 par value; 50,000,000 shares authorized, 800 and 400 shares issued and outstanding at June 30, 2011 and December 31, 2010, respectively | 1 | - |
| Common stock, $0.001 par value; 1,750,000,000 shares authorized, 1,588,670,748 and 1,439,826,362 shares issued and outstanding at June 30, 2011 and December 31, 2010, respectively | 1,588,671 | 1,439,826 |
| Additional paid-in capital | 200,370,360 | 166,033,976 |
| Promissory notes receivable and accrued interest, net of discount of $4,282,786 and $3,322,630, respectively | (18,978,857) | (10,177,370) |
| Accumulated deficit | (189,179,346) | (180,949,523) |

| | | |
|---|---:|---:|
| Total stockholders' deficit | (6,199,170) | (23,653,090) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ 18,780,660 | $ 19,054,152 |

The accompanying notes are an integral part of these consolidated financial statements.

F-1

Unassociated Document
Case 1:11-cv-06458-PAC   Document 10-12   Filed 10/04/11   Page 3 of 4   Page 3 of 4

ADVANCED CELL TECHNOLOGY, INC. AND SUBSIDIARY
CONSOLIDATED STATEMENTS OF OPERATIONS
FOR THE THREE AND SIX MONTHS ENDED JUNE 30, 2011 AND 2010
(UNAUDITED)

|  | Three Months Ended June 30, 2011 | Three Months Ended June 30, 2010 | Six Months Ended June 30, 2011 | Six Months Ended June 30, 2010 |
|---|---|---|---|---|
| Revenue (License fees and royalties) | $ 153,688 | $ 205,158 | $ 307,376 | $ 410,316 |
| Cost of Revenue | 281,500 | 66,650 | 304,400 | 133,300 |
| Gross profit (loss) | (127,812) | 138,508 | 2,976 | 277,016 |
| **Operating expenses:** | | | | |
| Research and development | 1,532,271 | 1,484,141 | 3,007,044 | 5,379,722 |
| General and administrative expenses | 1,951,728 | 1,349,219 | 5,149,254 | 12,567,462 |
| Change in estimate of accrued liabilities | - | (1,569,966) | - | (1,569,966) |
| Loss on settlement of litigation | - | - | 294,144 | - |
| Total operating expenses | 3,483,999 | 1,263,394 | 8,450,442 | 16,377,218 |
| Loss from operations | (3,611,811) | (1,124,886) | (8,447,466) | (16,100,202) |
| **Non-operating income (expense):** | | | | |
| Interest income | 10,765 | 7,936 | 22,549 | 10,979 |
| Interest expense and late fees | (272,171) | (2,429,519) | (953,881) | (5,782,293) |
| Gain on forgiveness of debt | - | 27,973 | - | 27,973 |
| Finance cost | (245,734) | (493,110) | (2,871,609) | (1,602,400) |
| Adjustments to fair value of derivatives | (701,198) | 6,942,005 | 4,088,221 | 8,526,709 |
| Total non-operating income (expense) | (1,208,338) | 4,055,285 | 285,280 | 1,180,968 |
| Loss before income tax | (4,820,149) | 2,930,399 | (8,162,186) | (14,919,234) |
| Income tax | - | - | - | - |
| Net loss | $ (4,820,149) | $ 2,930,399 | $ (8,162,186) | $ (14,919,234) |
| **Weighted average shares outstanding:** | | | | |
| Basic and diluted | 1,543,519,167 | 882,666,998 | 1,510,945,682 | 708,524,844 |
| **Loss per share:** | | | | |
| Basic and diluted | $ (0.00) | $ 0.00 | $ (0.01) | $ (0.02) |

The accompanying notes are an integral part of these consolidated financial statements.

F-2