*We have a history of operating losses and we may not achieve future revenues or operating profits.*

       We have generated modest revenue to date from our operations. Historically we have had net operating losses each year since our inception. As of June 30, 2011, we have an accumulated deficit of $189,179,346 and a stockholders' deficit of $6,199,170. We incurred a net loss of $ 8,162,186 for the six months ended June 30, 2011. We incurred a net loss of $54,373,332 and $36,758,208 for the years ended December 31, 2010 and 2009, respectively. We have limited current potential sources of income from licensing fees and the Company does not generate significant revenue outside of licensing non-core technologies. Additionally, even if we are able to commercialize our technologies or any products or services related to our technologies it is not certain that they will result in revenue or profitability.