New User? Register | Sign In | Help    Upgrade to Safer IE8    Mail My Y! Yahoo!

Dow ↑ 1.27% Nasdaq ↑ 1.60%

**HOME | INVESTING | NEWS | PERSONAL FINANCE | MY PORTFOLIOS | NEW! EXCLUSIVES**

GET QUOTES  Finance Search    Wed, Sep 14, 2011, 5:50pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)

ACTC     

### Historical Prices

Get Historical Prices for: [  ] GO

**Set Date Range**

Start Date: Nov 12 2009   Eg. Jan 1, 2010
End Date: Sep 14 2011

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

[Get Prices]

First | Previous | Next | Last



**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Sep 13, 2011 | 0.18 | 0.19 | 0.17 | 0.17 | 8,946,200 | 0.17 |
| Sep 12, 2011 | 0.17 | 0.18 | 0.16 | 0.18 | 6,073,500 | 0.18 |
| Sep 9, 2011 | 0.16 | 0.17 | 0.16 | 0.16 | 3,602,000 | 0.16 |
| Sep 8, 2011 | 0.16 | 0.17 | 0.16 | 0.16 | 1,510,600 | 0.16 |
| Sep 7, 2011 | 0.16 | 0.17 | 0.16 | 0.16 | 1,930,500 | 0.16 |
| Sep 6, 2011 | 0.16 | 0.16 | 0.16 | 0.16 | 1,831,600 | 0.16 |
| Sep 2, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 2,252,300 | 0.16 |
| Sep 1, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 2,128,800 | 0.16 |
| Aug 31, 2011 | 0.16 | 0.17 | 0.16 | 0.17 | 3,143,100 | 0.17 |
| Aug 30, 2011 | 0.16 | 0.17 | 0.16 | 0.17 | 1,392,800 | 0.17 |
| Aug 29, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 2,280,300 | 0.16 |
| Aug 26, 2011 | 0.16 | 0.17 | 0.16 | 0.17 | 2,289,500 | 0.17 |
| Aug 25, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 1,522,000 | 0.17 |
| Aug 24, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 1,659,400 | 0.17 |
| Aug 23, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 1,452,400 | 0.17 |
| Aug 22, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 2,758,300 | 0.16 |
| Aug 19, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 2,994,400 | 0.17 |
| Aug 18, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 11,872,400 | 0.17 |
| Aug 17, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 1,883,700 | 0.18 |
| Aug 16, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 1,976,700 | 0.18 |
| Aug 15, 2011 | 0.17 | 0.18 | 0.17 | 0.18 | 2,932,600 | 0.18 |
| Aug 12, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 3,457,500 | 0.17 |
| Aug 11, 2011 | 0.16 | 0.17 | 0.16 | 0.16 | 4,165,000 | 0.16 |
| Aug 10, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 3,516,300 | 0.16 |
| Aug 9, 2011 | 0.16 | 0.18 | 0.16 | 0.17 | 7,532,100 | 0.17 |
| Aug 8, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 11,469,200 | 0.16 |
| Aug 5, 2011 | 0.17 | 0.18 | 0.17 | 0.17 | 4,874,300 | 0.17 |
| Aug 4, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 8,755,300 | 0.17 |
| Aug 3, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 4,133,100 | 0.18 |
| Aug 2, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 2,524,400 | 0.18 |
| Aug 1, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 3,153,200 | 0.18 |

EXHIBIT O

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jul 29, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 3,720,600 | 0.19 |
| Jul 28, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 1,770,000 | 0.19 |
| Jul 27, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 5,778,100 | 0.19 |
| Jul 26, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 2,264,600 | 0.19 |
| Jul 25, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 3,245,800 | 0.19 |
| Jul 22, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 5,517,400 | 0.19 |
| Jul 21, 2011 | 0.18 | 0.19 | 0.18 | 0.19 | 4,301,200 | 0.19 |
| Jul 20, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 2,370,500 | 0.18 |
| Jul 19, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 3,043,600 | 0.18 |
| Jul 18, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 4,587,700 | 0.18 |
| Jul 15, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 3,689,500 | 0.18 |
| Jul 14, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 8,971,300 | 0.19 |
| Jul 13, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 2,740,000 | 0.19 |
| Jul 12, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 3,020,400 | 0.18 |
| Jul 11, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 4,097,400 | 0.18 |
| Jul 8, 2011 | 0.17 | 0.19 | 0.17 | 0.19 | 9,242,600 | 0.19 |
| Jul 7, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 6,734,700 | 0.17 |
| Jul 6, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 7,348,900 | 0.18 |
| Jul 5, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 2,711,000 | 0.18 |
| Jul 1, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 1,895,600 | 0.19 |
| Jun 30, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 3,965,300 | 0.19 |
| Jun 29, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 2,959,300 | 0.19 |
| Jun 28, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 3,885,900 | 0.19 |
| Jun 27, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 4,286,800 | 0.19 |
| Jun 24, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 2,294,100 | 0.19 |
| Jun 23, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 3,000,500 | 0.19 |
| Jun 22, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 4,614,800 | 0.19 |
| Jun 21, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 4,439,400 | 0.19 |
| Jun 20, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 4,168,000 | 0.19 |
| Jun 17, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 6,707,900 | 0.19 |
| Jun 16, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 8,483,200 | 0.19 |
| Jun 15, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 3,913,300 | 0.19 |
| Jun 14, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 2,943,800 | 0.19 |
| Jun 13, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 7,363,500 | 0.19 |
| Jun 10, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 8,741,800 | 0.19 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

ACTC.OB Historical Prices - ACTC ADVANCED CELL TECH Stock - Yahoo! Finance  Page 1 of 2

Case 1:11-cv-08645-PAC Document 30-15 Filed 10/04/11 Page 3 of 14

New User? Register | Sign In | Help    Upgrade to Safer IE8    Mail  My Y!  Yahoo!

Search    Search Web

Dow ↑ 1.27% Nasdaq ↑ 1.60%

HOME   INVESTING   NEWS   PERSONAL FINANCE   MY PORTFOLIOS   NEW! EXCLUSIVES

GET QUOTES   Finance Search    Wed, Sep 14, 2011, 5:51pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)

ACTC

### Historical Prices

Get Historical Prices for: [   ] GO

**Set Date Range**

Start Date: Nov 12 2009  Eg. Jan 1, 2010
End Date: Sep 14 2011

- ● Daily
- ○ Weekly
- ○ Monthly
- ○ Dividends Only

Get Prices

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jun 9, 2011 | 0.21 | 0.21 | 0.20 | 0.20 | 7,765,600 | 0.20 |
| Jun 8, 2011 | 0.20 | 0.22 | 0.20 | 0.21 | 11,982,100 | 0.21 |
| Jun 7, 2011 | 0.20 | 0.21 | 0.19 | 0.20 | 3,399,400 | 0.20 |
| Jun 6, 2011 | 0.21 | 0.21 | 0.19 | 0.20 | 4,337,400 | 0.20 |
| Jun 3, 2011 | 0.19 | 0.21 | 0.19 | 0.21 | 6,266,100 | 0.21 |
| Jun 2, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 2,446,100 | 0.19 |
| Jun 1, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 2,588,400 | 0.19 |
| May 31, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 3,170,600 | 0.19 |
| May 27, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 2,373,500 | 0.19 |
| May 26, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 2,194,600 | 0.19 |
| May 25, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 1,850,900 | 0.19 |
| May 24, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 4,600,000 | 0.19 |
| May 23, 2011 | 0.20 | 0.21 | 0.20 | 0.20 | 3,000,000 | 0.20 |
| May 20, 2011 | 0.21 | 0.21 | 0.20 | 0.20 | 3,073,100 | 0.20 |
| May 19, 2011 | 0.20 | 0.20 | 0.20 | 0.20 | 2,315,800 | 0.20 |
| May 18, 2011 | 0.20 | 0.20 | 0.20 | 0.20 | 2,612,900 | 0.20 |
| May 17, 2011 | 0.20 | 0.21 | 0.20 | 0.20 | 5,553,900 | 0.20 |
| May 16, 2011 | 0.20 | 0.21 | 0.20 | 0.21 | 4,691,300 | 0.21 |
| May 13, 2011 | 0.21 | 0.21 | 0.20 | 0.21 | 8,121,600 | 0.21 |
| May 12, 2011 | 0.21 | 0.21 | 0.20 | 0.21 | 4,384,400 | 0.21 |
| May 11, 2011 | 0.20 | 0.21 | 0.20 | 0.20 | 9,802,200 | 0.20 |
| May 10, 2011 | 0.20 | 0.20 | 0.20 | 0.20 | 7,502,100 | 0.20 |
| May 9, 2011 | 0.20 | 0.20 | 0.19 | 0.20 | 3,677,500 | 0.20 |
| May 6, 2011 | 0.19 | 0.20 | 0.19 | 0.20 | 7,303,000 | 0.20 |
| May 5, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 4,291,900 | 0.19 |
| May 4, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 3,620,600 | 0.19 |
| May 3, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 5,058,800 | 0.19 |
| May 2, 2011 | 0.20 | 0.22 | 0.20 | 0.20 | 16,256,000 | 0.20 |
| Apr 29, 2011 | 0.18 | 0.20 | 0.18 | 0.19 | 11,482,100 | 0.19 |
| Apr 28, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 13,800,000 | 0.18 |
| Apr 27, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 4,509,100 | 0.18 |

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Apr 26, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 3,500,000 | 0.18 |
| Apr 25, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 4,271,200 | 0.18 |
| Apr 21, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 6,791,800 | 0.18 |
| Apr 20, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 4,569,400 | 0.18 |
| Apr 19, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 2,690,400 | 0.18 |
| Apr 18, 2011 | 0.18 | 0.20 | 0.18 | 0.18 | 2,783,800 | 0.18 |
| Apr 15, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 5,423,200 | 0.18 |
| Apr 14, 2011 | 0.19 | 0.20 | 0.18 | 0.18 | 11,686,400 | 0.18 |
| Apr 13, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 2,797,500 | 0.19 |
| Apr 12, 2011 | 0.19 | 0.19 | 0.19 | 0.19 | 7,679,300 | 0.19 |
| Apr 11, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 6,443,100 | 0.19 |
| Apr 8, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 4,239,400 | 0.19 |
| Apr 7, 2011 | 0.20 | 0.20 | 0.18 | 0.19 | 11,516,000 | 0.19 |
| Apr 6, 2011 | 0.20 | 0.20 | 0.20 | 0.20 | 7,847,300 | 0.20 |
| Apr 5, 2011 | 0.22 | 0.22 | 0.20 | 0.20 | 19,946,300 | 0.20 |
| Apr 4, 2011 | 0.20 | 0.21 | 0.19 | 0.21 | 27,538,000 | 0.21 |
| Apr 1, 2011 | 0.18 | 0.20 | 0.18 | 0.19 | 10,887,800 | 0.19 |
| Mar 31, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 4,441,000 | 0.18 |
| Mar 30, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 8,877,000 | 0.18 |
| Mar 29, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 7,618,100 | 0.18 |
| Mar 28, 2011 | 0.17 | 0.19 | 0.17 | 0.18 | 16,563,900 | 0.18 |
| Mar 25, 2011 | 0.17 | 0.17 | 0.17 | 0.17 | 2,681,900 | 0.17 |
| Mar 24, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 2,756,400 | 0.17 |
| Mar 23, 2011 | 0.17 | 0.17 | 0.16 | 0.17 | 7,143,200 | 0.17 |
| Mar 22, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 4,152,200 | 0.16 |
| Mar 21, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 17,245,100 | 0.16 |
| Mar 18, 2011 | 0.16 | 0.17 | 0.16 | 0.17 | 7,760,600 | 0.17 |
| Mar 17, 2011 | 0.16 | 0.16 | 0.16 | 0.16 | 2,445,100 | 0.16 |
| Mar 16, 2011 | 0.16 | 0.17 | 0.16 | 0.16 | 4,270,400 | 0.16 |
| Mar 15, 2011 | 0.17 | 0.17 | 0.15 | 0.16 | 8,635,400 | 0.16 |
| Mar 14, 2011 | 0.17 | 0.17 | 0.17 | 0.17 | 4,691,000 | 0.17 |
| Mar 11, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 9,523,400 | 0.16 |
| Mar 10, 2011 | 0.16 | 0.17 | 0.16 | 0.17 | 18,409,200 | 0.17 |
| Mar 9, 2011 | 0.15 | 0.16 | 0.12 | 0.15 | 38,397,300 | 0.15 |
| Mar 8, 2011 | 0.16 | 0.16 | 0.14 | 0.16 | 25,643,000 | 0.16 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

ACTC.OB Historical Prices | ADVANCED CELL TECH Stock - Yahoo! Finance Page 1 of 2

Case 1:11-cv-06458-PAC Document 10-15 Filed 10/04/11 Page 5 of 14

New User? Register | Sign In | Help    Upgrade to Safer IE8    Mail . My Y!    Yahoo!

Search    Search Web

Dow ↑ 1.27% Nasdaq ↑ 1.60%

HOME  INVESTING  NEWS  PERSONAL FINANCE  MY PORTFOLIOS  NEW! EXCLUSIVES

GET QUOTES  Finance Search    Wed, Sep 14, 2011, 5:51pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)





### Historical Prices

Get Historical Prices for: [     ] GO

**Set Date Range**

Start Date: Nov 12 2009    Eg. Jan 1, 2010    ● Daily
End Date: Sep 14 2011                         ○ Weekly
                                              ○ Monthly
                                              ○ Dividends Only

Get Prices



First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Mar 7, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 7,160,700 | 0.16 |
| Mar 4, 2011 | 0.17 | 0.17 | 0.17 | 0.17 | 4,502,300 | 0.17 |
| Mar 3, 2011 | 0.17 | 0.17 | 0.17 | 0.17 | 4,197,300 | 0.17 |
| Mar 2, 2011 | 0.17 | 0.17 | 0.17 | 0.17 | 8,165,300 | 0.17 |
| Mar 1, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 3,813,800 | 0.17 |
| Feb 28, 2011 | 0.17 | 0.18 | 0.17 | 0.17 | 4,831,400 | 0.17 |
| Feb 25, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 3,815,000 | 0.17 |
| Feb 24, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 9,976,600 | 0.17 |
| Feb 23, 2011 | 0.18 | 0.18 | 0.17 | 0.18 | 11,430,800 | 0.18 |
| Feb 22, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 7,289,400 | 0.17 |
| Feb 18, 2011 | 0.17 | 0.18 | 0.17 | 0.18 | 7,547,800 | 0.18 |
| Feb 17, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 6,249,900 | 0.17 |
| Feb 16, 2011 | 0.18 | 0.18 | 0.17 | 0.18 | 5,564,700 | 0.18 |
| Feb 15, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 6,833,400 | 0.18 |
| Feb 14, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 7,259,700 | 0.18 |
| Feb 11, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 5,767,600 | 0.18 |
| Feb 10, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 5,564,800 | 0.18 |
| Feb 9, 2011 | 0.19 | 0.20 | 0.19 | 0.19 | 6,517,100 | 0.19 |
| Feb 8, 2011 | 0.20 | 0.20 | 0.19 | 0.19 | 9,470,700 | 0.19 |
| Feb 7, 2011 | 0.18 | 0.20 | 0.17 | 0.20 | 15,653,000 | 0.20 |
| Feb 4, 2011 | 0.17 | 0.18 | 0.17 | 0.18 | 4,924,700 | 0.18 |
| Feb 3, 2011 | 0.17 | 0.18 | 0.17 | 0.17 | 4,722,100 | 0.17 |
| Feb 2, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 4,188,100 | 0.17 |
| Feb 1, 2011 | 0.18 | 0.18 | 0.17 | 0.18 | 4,680,300 | 0.18 |
| Jan 31, 2011 | 0.18 | 0.18 | 0.17 | 0.18 | 6,789,900 | 0.18 |
| Jan 28, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 5,623,500 | 0.18 |
| Jan 27, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 4,621,200 | 0.18 |
| Jan 26, 2011 | 0.18 | 0.18 | 0.18 | 0.18 | 4,731,200 | 0.18 |
| Jan 25, 2011 | 0.19 | 0.19 | 0.18 | 0.18 | 4,539,100 | 0.18 |
| Jan 24, 2011 | 0.18 | 0.19 | 0.18 | 0.18 | 5,798,700 | 0.18 |
| Jan 21, 2011 | 0.18 | 0.18 | 0.17 | 0.18 | 7,970,900 | 0.18 |

ACTC.OB Historical Prices | ADVANCED CELL TECH Stock - Yahoo! Finance Page 2 of 2

Case 1:n1-cv-06458-PAC Document 10-15 Filed 10/04/11 Page 6 of 14

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jan 20, 2011 | 0.18 | 0.18 | 0.17 | 0.17 | 5,936,100 | 0.17 |
| Jan 19, 2011 | 0.16 | 0.19 | 0.16 | 0.18 | 22,823,600 | 0.18 |
| Jan 18, 2011 | 0.17 | 0.17 | 0.16 | 0.16 | 13,518,100 | 0.16 |
| Jan 14, 2011 | 0.17 | 0.18 | 0.16 | 0.17 | 27,613,400 | 0.17 |
| Jan 13, 2011 | 0.19 | 0.19 | 0.17 | 0.17 | 31,470,300 | 0.17 |
| Jan 12, 2011 | 0.19 | 0.19 | 0.18 | 0.19 | 13,879,300 | 0.19 |
| Jan 11, 2011 | 0.20 | 0.20 | 0.18 | 0.19 | 20,639,500 | 0.19 |
| Jan 10, 2011 | 0.21 | 0.21 | 0.19 | 0.19 | 31,406,000 | 0.19 |
| Jan 7, 2011 | 0.20 | 0.22 | 0.20 | 0.20 | 29,394,100 | 0.20 |
| Jan 6, 2011 | 0.20 | 0.21 | 0.19 | 0.20 | 26,695,600 | 0.20 |
| Jan 5, 2011 | 0.20 | 0.20 | 0.17 | 0.19 | 47,982,700 | 0.19 |
| Jan 4, 2011 | 0.23 | 0.23 | 0.19 | 0.19 | 81,998,800 | 0.19 |
| Jan 3, 2011 | 0.26 | 0.27 | 0.22 | 0.23 | 93,150,500 | 0.23 |
| Dec 31, 2010 | 0.17 | 0.21 | 0.16 | 0.21 | 53,866,000 | 0.21 |
| Dec 30, 2010 | 0.14 | 0.17 | 0.14 | 0.16 | 53,672,400 | 0.16 |
| Dec 29, 2010 | 0.15 | 0.15 | 0.14 | 0.14 | 44,637,300 | 0.14 |
| Dec 28, 2010 | 0.16 | 0.17 | 0.14 | 0.15 | 93,667,000 | 0.15 |
| Dec 27, 2010 | 0.20 | 0.20 | 0.16 | 0.17 | 67,775,300 | 0.17 |
| Dec 23, 2010 | 0.23 | 0.23 | 0.17 | 0.20 | 86,014,000 | 0.20 |
| Dec 22, 2010 | 0.26 | 0.26 | 0.20 | 0.22 | 71,620,400 | 0.22 |
| Dec 21, 2010 | 0.24 | 0.27 | 0.24 | 0.26 | 87,067,900 | 0.26 |
| Dec 20, 2010 | 0.20 | 0.23 | 0.20 | 0.23 | 58,492,300 | 0.23 |
| Dec 17, 2010 | 0.18 | 0.21 | 0.18 | 0.20 | 46,121,300 | 0.20 |
| Dec 16, 2010 | 0.16 | 0.18 | 0.16 | 0.18 | 29,689,500 | 0.18 |
| Dec 15, 2010 | 0.14 | 0.16 | 0.11 | 0.16 | 42,183,400 | 0.16 |
| Dec 14, 2010 | 0.14 | 0.14 | 0.14 | 0.14 | 22,946,800 | 0.14 |
| Dec 13, 2010 | 0.16 | 0.16 | 0.13 | 0.13 | 39,817,900 | 0.13 |
| Dec 10, 2010 | 0.17 | 0.18 | 0.16 | 0.16 | 30,703,100 | 0.16 |
| Dec 9, 2010 | 0.15 | 0.17 | 0.15 | 0.17 | 55,139,900 | 0.17 |
| Dec 8, 2010 | 0.17 | 0.20 | 0.14 | 0.15 | 143,206,000 | 0.15 |
| Dec 7, 2010 | 0.14 | 0.16 | 0.13 | 0.16 | 61,794,200 | 0.16 |
| Dec 6, 2010 | 0.11 | 0.14 | 0.10 | 0.13 | 59,723,200 | 0.13 |
| Dec 3, 2010 | 0.09 | 0.11 | 0.09 | 0.11 | 24,503,500 | 0.11 |
| Dec 2, 2010 | 0.08 | 0.09 | 0.08 | 0.09 | 22,784,900 | 0.09 |
| Dec 1, 2010 | 0.10 | 0.10 | 0.08 | 0.08 | 30,957,900 | 0.08 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

ACTC.OB Historical Prices | ACT ADV CELL TECH Stock - Yahoo! Finance    Page 1 of 2

Case 1:11-cv-00458-PAC Document 10-15 Filed 10/04/11 Page 7 of 14

New User? Register | Sign In | Help        Upgrade to Safer IE8            Mail   My Y!   Yahoo!

Search       Search Web

Dow ↑ 1.27% Nasdaq ↑ 1.60%

HOME   INVESTING   NEWS   PERSONAL FINANCE   MY PORTFOLIOS   NEW! EXCLUSIVES

GET QUOTES   Finance Search                    Wed, Sep 14, 2011, 5:52pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)

  

## Historical Prices

Get Historical Prices for: [     ] GO

**Set Date Range**

Start Date: Nov 12 2009    Eg. Jan 1, 2010   ● Daily
End Date:   Sep 14 2011                      ○ Weekly
                                             ○ Monthly
                                             ○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Nov 30, 2010 | 0.09 | 0.11 | 0.09 | 0.09 | 65,573,300 | 0.09 |
| Nov 29, 2010 | 0.07 | 0.09 | 0.07 | 0.09 | 33,630,800 | 0.09 |
| Nov 26, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 5,510,700 | 0.07 |
| Nov 24, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 17,021,800 | 0.07 |
| Nov 23, 2010 | 0.07 | 0.08 | 0.06 | 0.07 | 45,940,600 | 0.07 |
| Nov 22, 2010 | 0.08 | 0.08 | 0.06 | 0.06 | 58,648,700 | 0.06 |
| Nov 19, 2010 | 0.04 | 0.05 | 0.04 | 0.05 | 1,600,800 | 0.05 |
| Nov 18, 2010 | 0.05 | 0.05 | 0.04 | 0.04 | 3,808,400 | 0.04 |
| Nov 17, 2010 | 0.04 | 0.05 | 0.04 | 0.05 | 3,724,300 | 0.05 |
| Nov 16, 2010 | 0.05 | 0.05 | 0.04 | 0.04 | 1,707,300 | 0.04 |
| Nov 15, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 1,568,700 | 0.05 |
| Nov 12, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 1,672,400 | 0.05 |
| Nov 11, 2010 | 0.04 | 0.05 | 0.04 | 0.05 | 2,058,500 | 0.05 |
| Nov 10, 2010 | 0.05 | 0.05 | 0.04 | 0.05 | 5,734,200 | 0.05 |
| Nov 9, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 3,379,900 | 0.05 |
| Nov 8, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 2,945,100 | 0.05 |
| Nov 5, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 2,374,100 | 0.05 |
| Nov 4, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 4,312,200 | 0.05 |
| Nov 3, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 3,970,400 | 0.05 |
| Nov 2, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 4,312,900 | 0.05 |
| Nov 1, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 5,332,600 | 0.05 |
| Oct 29, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 4,159,500 | 0.05 |
| Oct 28, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 3,472,500 | 0.05 |
| Oct 27, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 2,526,400 | 0.05 |
| Oct 26, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 1,039,400 | 0.05 |
| Oct 25, 2010 | 0.05 | 0.06 | 0.05 | 0.05 | 2,570,000 | 0.05 |
| Oct 22, 2010 | 0.06 | 0.06 | 0.05 | 0.05 | 1,650,000 | 0.05 |
| Oct 21, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 1,143,700 | 0.05 |
| Oct 20, 2010 | 0.05 | 0.06 | 0.05 | 0.05 | 1,564,400 | 0.05 |
| Oct 19, 2010 | 0.06 | 0.06 | 0.05 | 0.05 | 3,272,400 | 0.05 |
| Oct 18, 2010 | 0.05 | 0.06 | 0.05 | 0.06 | 5,072,600 | 0.06 |



ACTC.OB Historical Prices | ADVANCED CELL TECH Stock - Yahoo! Finance Page 2 of 2

Case 1:11-cv-06458-PAC Document 10-15 Filed 10/04/11 Page 8 of 14

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Oct 15, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 2,790,100 | 0.05 |
| Oct 14, 2010 | 0.06 | 0.06 | 0.05 | 0.05 | 7,130,200 | 0.05 |
| Oct 13, 2010 | 0.06 | 0.07 | 0.04 | 0.06 | 9,988,300 | 0.06 |
| Oct 12, 2010 | 0.05 | 0.06 | 0.05 | 0.06 | 11,643,800 | 0.06 |
| Oct 11, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 7,877,000 | 0.05 |
| Oct 8, 2010 | 0.05 | 0.05 | 0.04 | 0.05 | 9,501,500 | 0.05 |
| Oct 7, 2010 | 0.05 | 0.05 | 0.04 | 0.04 | 11,213,300 | 0.04 |
| Oct 6, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 11,971,500 | 0.05 |
| Oct 5, 2010 | 0.05 | 0.05 | 0.05 | 0.05 | 6,410,200 | 0.05 |
| Oct 4, 2010 | 0.06 | 0.06 | 0.05 | 0.05 | 13,092,100 | 0.05 |
| Oct 1, 2010 | 0.06 | 0.06 | 0.06 | 0.06 | 2,950,500 | 0.06 |
| Sep 30, 2010 | 0.06 | 0.06 | 0.06 | 0.06 | 1,961,100 | 0.06 |
| Sep 29, 2010 | 0.06 | 0.07 | 0.06 | 0.06 | 3,352,700 | 0.06 |
| Sep 28, 2010 | 0.06 | 0.07 | 0.05 | 0.06 | 8,532,200 | 0.06 |
| Sep 27, 2010 | 0.07 | 0.07 | 0.06 | 0.06 | 3,512,300 | 0.06 |
| Sep 24, 2010 | 0.07 | 0.07 | 0.06 | 0.07 | 4,610,100 | 0.07 |
| Sep 23, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,624,800 | 0.07 |
| Sep 22, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,517,200 | 0.07 |
| Sep 21, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,518,500 | 0.07 |
| Sep 20, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,656,300 | 0.07 |
| Sep 17, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,316,600 | 0.07 |
| Sep 16, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,820,200 | 0.07 |
| Sep 15, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,574,400 | 0.07 |
| Sep 14, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 3,338,900 | 0.07 |
| Sep 13, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,772,500 | 0.07 |
| Sep 10, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,104,300 | 0.07 |
| Sep 9, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 4,308,500 | 0.07 |
| Sep 8, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,272,800 | 0.07 |
| Sep 7, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,343,900 | 0.07 |
| Sep 3, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 4,574,900 | 0.07 |
| Sep 2, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,651,700 | 0.07 |
| Sep 1, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 4,893,800 | 0.07 |
| Aug 31, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 2,030,200 | 0.07 |
| Aug 30, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 2,376,500 | 0.07 |
| Aug 27, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 2,078,300 | 0.07 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

New User? Register | Sign In | Help    Upgrade to Safer IE8    Mail · My Y!    Yahoo!

Search    Search Web

Dow ↑ 1.27%  Nasdaq ↑ 1.60%

HOME · INVESTING · NEWS · PERSONAL FINANCE · MY PORTFOLIOS · NEW! EXCLUSIVES

GET QUOTES  Finance Search    Wed, Sep 14, 2011, 5:52pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)

**ACTC**

### Historical Prices

Get Historical Prices for: [  ] GO

**Set Date Range**

Start Date: Nov ▼ 12 2009    Eg. Jan 1, 2010   ● Daily
End Date: Sep ▼ 14 2011                       ○ Weekly
                                              ○ Monthly
                                              ○ Dividends Only

Get Prices

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Aug 26, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 3,475,400 | 0.08 |
| Aug 25, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 6,930,300 | 0.08 |
| Aug 24, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 8,627,600 | 0.08 |
| Aug 23, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 1,639,300 | 0.07 |
| Aug 20, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 2,224,400 | 0.08 |
| Aug 19, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 2,542,200 | 0.08 |
| Aug 18, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 2,904,900 | 0.08 |
| Aug 17, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 3,235,100 | 0.08 |
| Aug 16, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,371,300 | 0.07 |
| Aug 13, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 2,002,600 | 0.07 |
| Aug 12, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,492,100 | 0.07 |
| Aug 11, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,583,500 | 0.07 |
| Aug 10, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,472,100 | 0.07 |
| Aug 9, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,446,700 | 0.07 |
| Aug 6, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 2,240,400 | 0.07 |
| Aug 5, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 1,359,800 | 0.08 |
| Aug 4, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 2,187,300 | 0.08 |
| Aug 3, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 2,163,600 | 0.08 |
| Aug 2, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 7,359,100 | 0.08 |
| Jul 30, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 5,843,600 | 0.08 |
| Jul 29, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,670,800 | 0.07 |
| Jul 28, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,982,200 | 0.07 |
| Jul 27, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,366,900 | 0.07 |
| Jul 26, 2010 | 0.06 | 0.07 | 0.06 | 0.07 | 2,611,200 | 0.07 |
| Jul 23, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 5,682,300 | 0.07 |
| Jul 22, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 3,650,900 | 0.07 |
| Jul 21, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,786,400 | 0.07 |
| Jul 20, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,942,300 | 0.07 |
| Jul 19, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,604,100 | 0.07 |
| Jul 16, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,457,000 | 0.07 |
| Jul 15, 2010 | 0.07 | 0.08 | 0.07 | 0.07 | 967,600 | 0.07 |

ACTC.OB Historical Prices | ADVANCED CELL TECH Stock - Yahoo! Finance    Page 2 of 2

Case 1:11-cv-06458-PAC Document 10-15    Filed 10/04/11    Page 10 of 14

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jul 14, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,963,500 | 0.07 |
| Jul 13, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 971,500 | 0.08 |
| Jul 12, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 1,097,100 | 0.08 |
| Jul 9, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 1,028,500 | 0.08 |
| Jul 8, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,103,500 | 0.07 |
| Jul 7, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 2,325,800 | 0.07 |
| Jul 6, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 2,462,900 | 0.08 |
| Jul 2, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 1,290,900 | 0.08 |
| Jul 1, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 2,882,400 | 0.07 |
| Jun 30, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 1,461,000 | 0.08 |
| Jun 29, 2010 | 0.08 | 0.09 | 0.08 | 0.08 | 1,406,800 | 0.08 |
| Jun 28, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 2,653,300 | 0.08 |
| Jun 25, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 1,974,100 | 0.09 |
| Jun 24, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 1,847,800 | 0.09 |
| Jun 23, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 1,635,900 | 0.09 |
| Jun 22, 2010 | 0.10 | 0.10 | 0.09 | 0.10 | 1,654,800 | 0.10 |
| Jun 21, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 2,741,600 | 0.10 |
| Jun 18, 2010 | 0.09 | 0.10 | 0.09 | 0.09 | 2,706,300 | 0.09 |
| Jun 17, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 5,486,300 | 0.09 |
| Jun 16, 2010 | 0.08 | 0.09 | 0.08 | 0.09 | 5,723,800 | 0.09 |
| Jun 15, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 1,607,400 | 0.08 |
| Jun 14, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 4,809,800 | 0.08 |
| Jun 11, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 12,521,700 | 0.08 |
| Jun 10, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 5,851,100 | 0.08 |
| Jun 9, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,405,400 | 0.07 |
| Jun 8, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,331,900 | 0.07 |
| Jun 7, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,497,000 | 0.07 |
| Jun 4, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 712,200 | 0.07 |
| Jun 3, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 1,293,400 | 0.07 |
| Jun 2, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,338,500 | 0.07 |
| Jun 1, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,599,100 | 0.07 |
| May 28, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 1,493,200 | 0.07 |
| May 27, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 3,067,900 | 0.08 |
| May 26, 2010 | 0.07 | 0.08 | 0.07 | 0.08 | 3,598,100 | 0.08 |
| May 25, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,533,300 | 0.07 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page.Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

ACTC.OB: Historical Prices for ADVANCED CELL TECH Stock - Yahoo! Finance    Page 1 of 2

Case 1:11-cv-06458-PAC Document 10-15 Filed 10/04/11 Page 11 of 14

New User? Register | Sign In | Help          Upgrade to Safer IE8                    Mail   My Y!   Yahoo!

Search                                                   Search Web

Dow ↑ 1.27%  Nasdaq ↑ 1.60%

HOME    INVESTING    NEWS    PERSONAL FINANCE    MY PORTFOLIOS    NEW! EXCLUSIVES

GET QUOTES   Finance Search                    Wed, Sep 14, 2011, 5:53pm EDT - US Markets are closed

## Advanced Cell Technology Inc. (ACTC.OB)

At 3:59PM EDT: **0.1689** ↑ 0.0009 (0.54%)

### Historical Prices

Get Historical Prices for: [  ]  GO

**Set Date Range**

Start Date: Nov ▼ 12  2009    Eg. Jan 1, 2010    ⦿ Daily
End Date: Sep ▼ 14  2011                          ○ Weekly
                                                   ○ Monthly
                                                   ○ Dividends Only

[Get Prices]

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| May 24, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 2,168,800 | 0.07 |
| May 21, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 3,249,000 | 0.07 |
| May 20, 2010 | 0.07 | 0.07 | 0.07 | 0.07 | 5,765,600 | 0.07 |
| May 19, 2010 | 0.08 | 0.08 | 0.07 | 0.07 | 4,701,700 | 0.07 |
| May 18, 2010 | 0.08 | 0.08 | 0.07 | 0.08 | 2,619,600 | 0.08 |
| May 17, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 1,873,900 | 0.08 |
| May 14, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 1,785,300 | 0.08 |
| May 13, 2010 | 0.08 | 0.08 | 0.08 | 0.08 | 2,649,900 | 0.08 |
| May 12, 2010 | 0.08 | 0.09 | 0.08 | 0.08 | 2,111,100 | 0.08 |
| May 11, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 3,287,400 | 0.08 |
| May 10, 2010 | 0.08 | 0.09 | 0.08 | 0.08 | 3,384,800 | 0.08 |
| May 7, 2010 | 0.09 | 0.09 | 0.08 | 0.08 | 3,678,600 | 0.08 |
| May 6, 2010 | 0.09 | 0.09 | 0.07 | 0.08 | 8,445,100 | 0.08 |
| May 5, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 2,001,000 | 0.09 |
| May 4, 2010 | 0.09 | 0.10 | 0.09 | 0.09 | 3,551,700 | 0.09 |
| May 3, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 3,803,100 | 0.09 |
| Apr 30, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 2,114,600 | 0.09 |
| Apr 29, 2010 | 0.09 | 0.10 | 0.09 | 0.09 | 2,437,200 | 0.09 |
| Apr 28, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 1,829,000 | 0.09 |
| Apr 27, 2010 | 0.10 | 0.10 | 0.09 | 0.10 | 3,048,700 | 0.10 |
| Apr 26, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 4,525,300 | 0.10 |
| Apr 23, 2010 | 0.09 | 0.10 | 0.09 | 0.10 | 10,027,700 | 0.10 |
| Apr 22, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 1,322,000 | 0.09 |
| Apr 21, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 2,610,600 | 0.09 |
| Apr 20, 2010 | 0.09 | 0.10 | 0.09 | 0.09 | 3,758,800 | 0.09 |
| Apr 19, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 1,567,100 | 0.09 |
| Apr 16, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 2,393,100 | 0.09 |
| Apr 15, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 5,644,600 | 0.09 |
| Apr 14, 2010 | 0.10 | 0.10 | 0.09 | 0.09 | 3,689,200 | 0.09 |
| Apr 13, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 2,171,200 | 0.10 |
| Apr 12, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 1,574,300 | 0.10 |

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Apr 9, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 2,622,000 | 0.10 |
| Apr 8, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 1,587,900 | 0.10 |
| Apr 7, 2010 | 0.10 | 0.10 | 0.09 | 0.10 | 2,932,200 | 0.10 |
| Apr 6, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 1,576,400 | 0.10 |
| Apr 5, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 2,673,200 | 0.10 |
| Apr 1, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 1,611,400 | 0.10 |
| Mar 31, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 4,143,200 | 0.10 |
| Mar 30, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 3,266,400 | 0.10 |
| Mar 29, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 4,262,600 | 0.10 |
| Mar 26, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 3,267,100 | 0.10 |
| Mar 25, 2010 | 0.11 | 0.11 | 0.10 | 0.11 | 5,811,600 | 0.11 |
| Mar 24, 2010 | 0.10 | 0.11 | 0.10 | 0.11 | 4,721,500 | 0.11 |
| Mar 23, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 4,004,400 | 0.10 |
| Mar 22, 2010 | 0.10 | 0.11 | 0.10 | 0.10 | 3,259,100 | 0.10 |
| Mar 19, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 4,623,100 | 0.10 |
| Mar 18, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 4,722,800 | 0.10 |
| Mar 17, 2010 | 0.11 | 0.11 | 0.11 | 0.11 | 6,378,600 | 0.11 |
| Mar 16, 2010 | 0.11 | 0.11 | 0.10 | 0.11 | 7,703,400 | 0.11 |
| Mar 15, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 3,615,500 | 0.10 |
| Mar 12, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 5,735,200 | 0.10 |
| Mar 11, 2010 | 0.10 | 0.11 | 0.10 | 0.10 | 6,601,000 | 0.10 |
| Mar 10, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 5,859,500 | 0.10 |
| Mar 9, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 5,070,500 | 0.10 |
| Mar 8, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 5,376,400 | 0.10 |
| Mar 5, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 5,168,000 | 0.10 |
| Mar 4, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 6,177,100 | 0.10 |
| Mar 3, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 8,765,100 | 0.10 |
| Mar 2, 2010 | 0.12 | 0.12 | 0.11 | 0.11 | 23,558,600 | 0.11 |
| Mar 1, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 6,886,500 | 0.10 |
| Feb 26, 2010 | 0.10 | 0.11 | 0.10 | 0.11 | 13,102,700 | 0.11 |
| Feb 25, 2010 | 0.10 | 0.10 | 0.09 | 0.10 | 4,650,300 | 0.10 |
| Feb 24, 2010 | 0.10 | 0.10 | 0.10 | 0.10 | 1,998,000 | 0.10 |
| Feb 23, 2010 | 0.11 | 0.11 | 0.10 | 0.10 | 6,282,000 | 0.10 |
| Feb 22, 2010 | 0.10 | 0.11 | 0.10 | 0.10 | 18,600,200 | 0.10 |
| Feb 19, 2010 | 0.09 | 0.09 | 0.09 | 0.09 | 1,299,000 | 0.09 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page.Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.



ACTC.OB Historical Prices | ADVANCED CELL TECH Stock - Yahoo! Finance Page 2 of 2

Case 1:11-cv-06458-RWS Document 10-15 Filed 10/04/11 Page 14 of 14

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jan 4, 2010 | 0.10 | 0.11 | 0.09 | 0.10 | 7,217,600 | 0.10 |
| Dec 31, 2009 | 0.09 | 0.09 | 0.09 | 0.09 | 3,074,600 | 0.09 |
| Dec 30, 2009 | 0.09 | 0.10 | 0.09 | 0.09 | 2,428,700 | 0.09 |
| Dec 29, 2009 | 0.10 | 0.10 | 0.09 | 0.09 | 3,044,700 | 0.09 |
| Dec 28, 2009 | 0.10 | 0.10 | 0.09 | 0.10 | 3,854,400 | 0.10 |
| Dec 24, 2009 | 0.09 | 0.10 | 0.09 | 0.10 | 1,864,900 | 0.10 |
| Dec 23, 2009 | 0.10 | 0.10 | 0.09 | 0.09 | 3,028,600 | 0.09 |
| Dec 22, 2009 | 0.09 | 0.10 | 0.08 | 0.09 | 2,826,700 | 0.09 |
| Dec 21, 2009 | 0.10 | 0.10 | 0.09 | 0.09 | 4,422,400 | 0.09 |
| Dec 18, 2009 | 0.09 | 0.10 | 0.08 | 0.09 | 5,061,400 | 0.09 |
| Dec 17, 2009 | 0.09 | 0.09 | 0.08 | 0.09 | 6,075,300 | 0.09 |
| Dec 16, 2009 | 0.09 | 0.10 | 0.08 | 0.09 | 8,738,900 | 0.09 |
| Dec 15, 2009 | 0.10 | 0.10 | 0.09 | 0.09 | 3,954,100 | 0.09 |
| Dec 14, 2009 | 0.10 | 0.10 | 0.10 | 0.10 | 4,788,600 | 0.10 |
| Dec 11, 2009 | 0.10 | 0.10 | 0.10 | 0.10 | 2,605,600 | 0.10 |
| Dec 10, 2009 | 0.10 | 0.11 | 0.10 | 0.10 | 3,467,800 | 0.10 |
| Dec 9, 2009 | 0.10 | 0.11 | 0.10 | 0.10 | 3,553,000 | 0.10 |
| Dec 8, 2009 | 0.11 | 0.11 | 0.10 | 0.10 | 2,848,600 | 0.10 |
| Dec 7, 2009 | 0.11 | 0.11 | 0.10 | 0.10 | 3,356,500 | 0.10 |
| Dec 4, 2009 | 0.11 | 0.11 | 0.10 | 0.11 | 4,771,900 | 0.11 |
| Dec 3, 2009 | 0.11 | 0.11 | 0.10 | 0.11 | 9,144,900 | 0.11 |
| Dec 2, 2009 | 0.10 | 0.11 | 0.10 | 0.11 | 13,519,000 | 0.11 |
| Dec 1, 2009 | 0.11 | 0.11 | 0.10 | 0.10 | 9,333,500 | 0.10 |
| Nov 30, 2009 | 0.11 | 0.11 | 0.11 | 0.11 | 3,317,300 | 0.11 |
| Nov 27, 2009 | 0.11 | 0.11 | 0.10 | 0.11 | 2,851,400 | 0.11 |
| Nov 25, 2009 | 0.11 | 0.12 | 0.11 | 0.11 | 4,278,300 | 0.11 |
| Nov 24, 2009 | 0.12 | 0.12 | 0.11 | 0.11 | 6,854,000 | 0.11 |
| Nov 23, 2009 | 0.12 | 0.12 | 0.11 | 0.12 | 12,012,700 | 0.12 |
| Nov 20, 2009 | 0.11 | 0.11 | 0.10 | 0.11 | 10,291,300 | 0.11 |
| Nov 19, 2009 | 0.10 | 0.11 | 0.10 | 0.10 | 23,034,000 | 0.10 |
| Nov 18, 2009 | 0.10 | 0.10 | 0.10 | 0.10 | 4,400,000 | 0.10 |
| Nov 17, 2009 | 0.10 | 0.10 | 0.10 | 0.10 | 3,860,700 | 0.10 |
| Nov 16, 2009 | 0.10 | 0.10 | 0.10 | 0.10 | 3,903,900 | 0.10 |
| Nov 13, 2009 | 0.11 | 0.11 | 0.10 | 0.10 | 4,973,000 | 0.10 |
| Nov 12, 2009 | 0.11 | 0.11 | 0.10 | 0.10 | 2,208,900 | 0.10 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Copyright © 2011 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! News Network

Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.