JUDGE CROTTY

11 CIV 6458

United States District Court
Southern District of New York
------------------------------------------------------------x

Alpha Capital Anstalt,

                      Plaintiff,

vs.

Advanced Cell Technology, Inc.,

                      Defendant.
------------------------------------------------------------x

**Rule 7.1 Statement**



RECEIVED SEP 15 2011 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certify that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       September 15, 2011

                                                  Law Offices of Kenneth A. Zitter

                                                  By_____
                                                     Kenneth A. Zitter, Esq.
                                                     Attorneys for Plaintiffs
                                                       Alpha Capital Anstalt
                                                     260 Madison Avenue, 18th Floor
                                                     New York, New York 10016
                                                     212-532-8000
                                                     KAZ-3195