# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Writer's Direct Line: 212-634-3054
khines@sheppardmullin.com

May 4, 2012

**VIA E-MAIL AND FACSIMILE**

The Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pear Street, Chambers 735
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-12
```

Re:   *Alpha Capital Anstalt v. Advanced Cell Technology, Inc.*; 11 Civ. 6458 (PAC)

Dear Judge Crotty:

In accordance with the agreement reached at the Interim Pretrial Conference, held on May 2, 2012, Defendant Advanced Cell Technology, Inc. submits this letter to confirm that the deadline by which expert discovery will be completed has been extended through August 15, 2012. Defendant will submit its expert report by July 2, 2012. The parties are free to serve notices to admit through July 31, 2012. Lastly, the parties will file an agreed upon statement of facts by September 4, 2012. Plaintiff Alpha Capital Anstalt has agreed to the terms of this letter.

Respectfully Submitted,

*/s/ Kathryn J. Hines*

Kathryn J. Hines

cc:   Kenneth A. Zitter, Esq.

**MEMO ENDORSED**

SO ORDERED
*/s/ Paul A. Crotty*
5-4-12